In re MARRIAGE OF Raymond SLAY and Jeanne Marie Slay.

Raymond Slay, Petitioner/Respondent,

v.

Jeanne Marie Slay, Respondent/Appellant.

No. ED 76148.

Missouri Court of Appeals, Eastern District, Division Two.

Dec. 21, 1999.

834

Theresa Counts Burke, St. Louis, for appellant.

Nathan S. Cohen, Clayton, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE G. CRAHAN, J., and LAWRENCE E. MOONEY, J.

## *ORDER*

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).